SEALED

| | |
|---|---|
| 1  BENJAMIN B. WAGNER<br>   United States Attorney<br>2  SAMUEL WONG<br>   Assistant U.S. Attorney<br>3  501 I Street, Suite 10-100<br>   Sacramento, California 95814<br>4  Telephone: (916) 554-2772 | **FILED**<br><br>MAY 24 2012<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>       DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

)  2:12 - MJ - 0135   EFB
)  CASE NO.
IN RE: MATERIAL WITNESS        )
COMPLAINT AND ARREST WARRANT   )
)
)  **SEALING ORDER**
)

Upon application of the United States of America and good cause having been show,

IT IS HEREBY ORDERED that the material witness complaint and affidavit, and arrest warrant, in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, with the exception that a copy of such documents will be provided to the United States Marshals Service, Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Attorney's Office, and any other law enforcement agency involved in the service of said material witness arrest warrant, unless otherwise ordered by this Court.

DATED: May 24, 2012

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE