```
1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772
```



**FILED**

MAY 29 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: MATERIAL WITNESS ) CASE NO. 2:12-MJ-0135 EFB
COMPLAINT AND ARREST WARRANT )
) **UNITED STATES' APPLICATION FOR
) AN AMENDED SEALING ORDER AND
) ORDER ISSUED THEREON**

The United States of America hereby moves this Court for an amended order sealing the material witness complaint and affidavit, and arrest warrant, in the above-entitled proceeding. Previously, on May 24, 2012, this Court ordered that "the material witness complaint and affidavit, and arrest warrant, shall be filed under seal and shall not be disclosed to any person, with the exception that a copy of such documents will be provided to the United States Marshals Service, Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Attorney's Office, and any other law enforcement agency involved in the service of said material witness arrest warrant, **unless otherwise ordered by this Court.**" (bold emphasis added). Subsequent to May 24, 2012, the United States Attorney's Office in

Los Angeles, California, which is expected to handle the material witness' initial appearance after the witness' arrest in the United States District Court for the Central District of California, has requested that this Court's Sealing Order be amended to be automatically unsealed after the arrest of the material witness to facilitate the witness' initial appearance in Los Angeles. Accordingly, the United States respectfully requests that this Court amend its Sealing Order as reflected in the proposed order attached to this Application.

DATED: May 29, 2012

BENJAMIN B. WAGNER
United States Attorney

By: _____
SAMUEL WONG
Assistant U.S. Attorney

**ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the previous Sealing Order issued on May 24, 2012, is hereby AMENDED and the material witness complaint and affidavit, and arrest warrant, in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, with the exception that a copy of such documents will be provided to the United States Marshals Service, Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Attorney's Office, and any other law enforcement agency involved in the service of said material witness arrest warrant, until after the arrest of the material witness at which time the documents hereby sealed will be automatically unsealed to facilitate the material witness' initial appearance in court.

DATED: May 29, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3